# MOTOPORT USA VEHICLE ORDER FORM

**1200 N.W. 57 Avenue, Miami Florida 33126**
Tel: (305) 264-4433 • Fax: (305) 264-8336 • www.motoportusa.com

DATE: 03/09/2017
SALESMAN: STEVE SOSA
PURCHASERS NAME: Adams, Beverly R.    ADAMS-BURSTEIN, ROSELI M.
STREET ADDRESS: 10521 SW 45 Street
CITY: Miami    STATE: FL    ZIP CODE: 33165
BUS. TEL:    HOME TEL:
LIC N:    D.O.B.:    LIC N:    D.O.B.:

## DESCRIPTION:

YEAR: 2017    MAKE: YAMAHA    MODEL: EX1050B-SA
ID NUMBER: US-YAMA1568L617    MILEAGE: 0    COLOR: BLACK/WHITE

YEAR: 2017    MAKE: YAMAHA    MODEL: EX1050B-SA
ID NUMBER: US-YAMA2826A717    MILEAGE: 0    COLOR: BLACK/WHITE

YEAR:    MAKE:    MODEL:
ID NUMBER:    MILEAGE:    COLOR:

VEHICLE DISCLOSURE: VEHICLE IS REPRESENTED TO BE: [X] NEW  [ ] DEMO  [ ] TRAILER  [ ] USED  [ ] SOLD AS IS  [ ] OTHER

| Item | Amount | Trade-In Information |
|---|---|---|
| PRICE OF UNIT | $15,198.00 | |
| MECHANICAL BREAKDOWN INSURANCE [ ] ACCEPT [X] DECLINE | $0.00 | MAKE OF VEHICLE |
| DESTINATION CHARGE | $174.00 | YEAR    MODEL |
| ASSEMBLY + P.D.I. | $194.00 | I.D. NUMBER |
| FLORIDA LAW WASTE TIRE AND LEAD ACID BATTERY FEE (NEW VEHICLES ONLY) | $3.00 | MILEAGE |
| GAP | $1,390.00 | |
| TOTAL INCLUDING ACCESORIES | $16,959.00 | |
| LESS ALLOWANCE OR TRADE IN | $0.00 | |
| CASH DIFFERENCE | $16,959.00 | |
| ELECTRONIC TEMPORARY TAG FILING FEE | $18.00 | |
| ADMINISTRATIVE SERVICES & WAREHOUSE FEES | $381.00 | |
| SUB TOTAL | $17,358.00 | |
| STATE SALES TAX | $1,058.08 | |
| COUNTY SALES TAX | $0.00 | |
| NEW LICENSE & REGISTRATION FEE | $120.00 | |
| ~~DELIVERY~~ FL DOC STAMPS | $0.00 | |
| USED VEHICLE BALANCE | $0.00 | |
| CASH BALANCE DUE | $18,536.08 | N/A |
| INITIAL PARTIAL PAYMENT | $0.00 | N/A |
| ADDITIONAL PARTIAL PAYMENT | $0.00 | |
| CASH DOWN | $0.00 | |
| TOTALS | $18,536.08 | UNIT # F3Y-803408 |

**PLEASE NOTE:** PARAGRAPH 4 ON THE REVERSE ASSUMES THAT ALL BILLS ARE PAID IN FULL ON THE TRADE IN EXCEPT THOSE SPECIFICALLY NOTED HEREIN

**SALES NOTES**
1. FACTORY WARRANTY IS VOIDED ON UNITS SOLD FOR EXPORT.
2. MOTOPORT U.S.A. IS NOT RESPONSIBLE FOR DAMAGE OR MISSING PARTS ONCE THE MERCHANDISE LEAVES OUR WAREHOUSE.
3. DOWN PAYMENT HOLDS UNIT FOR 3 DAYS.
4. NO REFUNDS, NO EXCHANGES. ALL SALES ARE FINAL.
5. THE COST OF THE FACTORY RECOMMENDED 600 MILE SERVICE IS NOT INCLUDED IN THE PRICE OF THE UNIT.

SPECIAL NOTES: Free EX #LJ813

I, _____, hereby warrant, that the above identified vehicle sold to Motoport USA has not sustained any frame damage whatsoever. (Trade in)

The only warranties applying to this vehicle(s) are those which may be offered by the manufacturer. The selling dealer hereby expressly disclaims all warranties, either expressed or implied, including any implied warranties of merchantability of fitness for a particular purpose, and neither assumes nor authorizes any other persons to assume for it any liability in connection with the sale of this vehicle and/or parts and/or service. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profits, or income, or any other incidental damages. On all sales, "sales notes" above, apply. The Purchaser hereby acknowledges that Seller has made available "Warranty Pre-Sale Information" as disclosed in the Warranty Binders pursuant to the Magnuson-Moss Warranty Act.

DATE: 03/09/2017    (1) _____ PURCHASER'S SIGNATURE

READ CONDITIONS ON REVERSE SIDE
TRANSFEROR IS RESPONSIBLE FOR MILEAGE RECORDED ON THIS FORM

**DO NOT SIGN THIS FORM IN BLANK**
I HAVE READ THE MATTER PRINTED ON THE BACK HEREOF AND AGREE TO IT AS A PART OF THIS ORDER THE SAME AS IF IT WERE PRINTED ABOVE MY SIGNATURE AND IT COMPRISES THE ENTIRE AGREEMENT

(2) X _____ PURCHASER'S SIGNATURE    X _____

CASH
CERTIFIED OR CASHIER'S CHECK UPON DELIVERY ON LOCAL BANK ONLY

(3) _____ PURCHASER'S SIGNATURE

**A- FOR OFF ROAD**
I, _____, hereby understand that this is an off-the-road vehicle, and that it will not be used on public roads and highways of the State of Florida.

**B- STREET LEGAL**
I, _____, fully understand that a current motorcycle driver's license is required by law from anyone riding a street legal motorcycle. An automobile driver's license is not acceptable.

I have been made aware of the Motorcycle Safety Foundation and their role in motorcycle safety, their "Ridecourse" and their website: www.msf-usa.org.

Accepted by: _____
MANAGER

This order is not valid unless signed & accepted by authorized officer or sales manager of Motoport USA.

03/21/2017    11:06AM    (GMT-04:00)