# Yamaha Motor Finance Copy

**ACCOUNT #**

███████████████████████████

**BEVERLY R ADAMS**
(Cardholder's Name)

**Dealer #** 15100

**Promotion Code**
1 5 W Y I

**Promotional Period:**
Your Promotion Period will expire when your Reduced Rate Until Paid In Full Credit Plan balance is paid in full.

**Special Payments**
You are required to make monthly minimum payments of 1.94% of the original balance of your Reduced Rate Until Paid in Full Credit Plan purchase during the Promotion Period. The resulting payment amount will be rounded to the next highest dollar. Paying this amount will pay off your Reduced Rate Until Paid In Full purchase in full.

**Promotion Type:**
A reduced periodic interest rate of 10.99% APR is applied to your Reduced Rate Until Paid in Full Credit Plan balance during the Promotion Period.

The terms of this Sales Slip amend the Yamaha Credit Card Account Customer Agreement ("Agreement") with respect to this purchase. Except as modified by this Sales Slip, the terms of the Agreement remain unchanged and in effect.

I acknowledge receipt of a completed copy of this Sales Slip and the purchase of the goods and/or services described herein and promise to pay the balance including any interest charges and fees due in accordance with the terms of the Yamaha Credit Card Account Customer Agreement as amended by the Promotional Credit Plan terms included on this Sales Slip, incorporated by reference. I understand that I am hereby granting WebBank a purchase money security interest in the goods purchased, and in all insurance contracts and proceeds, returned premiums, mechanical failure and extended service contracts, and refunds of charges for mechanical failure and extended service contracts financed until the Account balance or such goods are paid in full, whichever comes first, unless otherwise prohibited by law.

X _(signature)_
(CARDHOLDER'S SIGNATURE)

**MOTOPORT U.S.A. CORPORATION**
(Merchant's/Dealer's Name)

| | | PRICE |
|---|---|---|
| PRODUCT LINE | 1 8 2 0 | $9,268.04 |
| MODEL NO. | E X 1 0 5 0 B - S A | |
| VIN/HULL/SERIAL NO. | U S - Y A M A 1 5 6 8 L 6 1 7 | |
| ☐ ALREADY ELECTRONICALLY FUNDED | | |

| DATE OF SALE | 03/09/2017 | SUB TOTAL | $9,268.04 |
|---|---|---|---|
| | | SALES TAX | $0.00 |
| AUTHORIZATION CODE | 0 0 9 7 8 0 | CASH PRICE | $9,268.04 |
| | | CASH DOWN PAYMENT | $0.00 |
| | | UNPAID BALANCE (AMOUNT FINANCED) | $9,268.04 |

**SALES SLIP NO.** 2309728

YDS Sales Slip - 09/16

Once completed, mail to: Yamaha Motor Finance - Card