## PDP Electronic Title

### STATE OF FLORIDA

| | | | |
|---|---|---|---|
| **Title #:** | 0125850957 | **Title type:** | |
| **Issue date:** | 2017/01/03 | **Lic/Tag/Control #:** | 0253010580 |
| | | | |
| **VIN:** | YAMA3014J617 | | |
| **Vehicle info:** | 2017 YAM VS | | |
| **Odometer reading:** | | **Odometer reading date:** | |
| | | | |
| **Owner:** | ROSELI MABEN ADAMS-BURSTEIN | | |
| **Co-owner:** | | | |
| **Owner 3:** | | | |
| **Owner address:** | 10521 SW 45 ST | | |
| | MIAMI, FL 33165 | | |
| | | | |
| **Lienholder:** | YAMAHA MOTOR FINANCE CORP | | |
| | PO BOX 203 | | |
| | HUNT VALLEY, MD 21030 | | |
| | | | |
| **Title valid date:** | 2017/10/24 | | |
| **Lienholder account #:** | ▉▉▉▉▉▉ | | |

Close