UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

ROSELI MABEN ADAMS BURSTEIN,           Case No. 18-24164-RAM

Debtor.                                Chapter 7
_____/

DECLARATION IN SUPPORT OF
MOTION TO LIFT AUTOMATIC STAY

The undersigned, **Vannessa Stephens**, under penalty of perjury states as follows:

1. I am employed by YAMAHA MOTOR FINANCE CORPORATION, USA (hereinafter "YAMAHA"), in the capacity of **Collection Specialist**.

2. This declaration is based upon the loan payment records of YAMAHA. These records are regularly maintained in the course of business, and it is the regular practice to make and maintain these records. These records reflect loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records for YAMAHA and regularly use and rely upon them in the performance of my duties.

3. YAMAHA has initiated proceedings to lift the automatic stay with respect to collateral more particularly described as:

**2017 WAVE RUNNER EX, VIN: YAMA1568L617
2017 ROCKET TRAILER, VIN: 4WMA4BG1XHA013418**

4. In accordance with the Retail Buyer's Order (hereinafter "Agreement"), the Debtors were to make monthly payments to YAMAHA.

5. The Debtors defaulted under the terms of the Agreement in that the Debtors did not make payments due for **September 13, 2018**, and are now past due for said payment and all subsequent payments.

6. As a result of the Debtors' non-payment, the Debtors owe YAMAHA the following sums:

    a. Principal balance $ **2,721.70** as of December 18, 2018.

    b. Accrued interest $ **1,857.95** through December 8, 2018.

    c. Insurance cost paid at Creditor's expense $ _____.

    d.    Other expenses:

| | |
|---|---|
| Attorney fees & costs | $631.00 |
| Late Charges | $_____ |
| Accrued Other Fees | $_____ |

    e.    Per diem rate of accrual on this account is $ 0.00.

7.    YAMAHA estimates the value of the collateral to be $6,220.00 pursuant to the NADAguides attached hereto.

8.    YAMAHA has retained Kelley Kronenberg Attorneys at Law and agreed to pay a reasonable fee for their services.

9.    The contract and proof of lien attached to this motion as exhibits are true and accurate copies of the original documents.

PURSUANT TO 28 U.S.C. §1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS 20 DAY OF December, 2018.

Name: Vanessa Stephens
Title: Collection Specialist