NADAguides Pricing Information for 2017 WAVE RUNNER EX SPORT (Personal Watercraft)

Tuesday, November 27, 2018

## Value Preview

Internal Reference Id: N/A

Yamaha
MIC: YAM
1270 Chastain Road
Kennesaw, GA 30144
(770) 420-5940



| | |
|---|---|
| Vehicle Type: | Personal Watercraft |
| Manufacturer: | Yamaha |
| Year: | 2017 |
| Model: | WAVE RUNNER EX SPORT |
| Type: | Jet Drive Boats |
| Length (feet): | 10' |
| Hull Material: | Sheet Molded Compound |
| Engine: | 1 - 100 HP - Gasoline |
| Piston Displacement(CCs): | 1049 |
| Suggested List Price: | $7,599 |

| Base Price | Average Trade-In | Average Retail |
|---|---|---|
| | $5,130 | $6,220 |
| **TOTAL PRICE** | **$5,130** | **$6,220** |

No part of this may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise without prior written permission of National Appraisal Guides, Inc. © 2018 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power.
© Copyright 2018 Consumer Research Solutions. All Rights Reserved.

R-15358724